No. 86–6807. GROFF v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 86–6815. MOORE v. BLACKBURN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–6829. HAIRSTON v. TINGEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–6830. CAMPBELL v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 86–6831. BURKS v. HOLIDAY CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–6852. VILLANUEVA v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 86–6861. AKUDIGWE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–6869. DIGREGORIO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–6870. GORDON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–6874. HALBLEIB v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–6877. LONDON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–6888. BROWN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–6892. VANOVER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–6916. MAKER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–6917. SCUTARI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.